AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BEAR ROCK FRANCHISE SYSTEMS, INC. et al., )<br>        Plaintiffs, )<br>)<br>    v. )<br>)<br>TODD HEDLUND, et al., )<br>        Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:08-CV-63-F** |

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition to Confirm Arbitration Award is ALLOWED. The Arbitration Panel's rejection of all of Respondents' claims against Petitioners is CONFIRMED. Judgment is awarded in favor of Bear Rock Franchise Systems, Inc., Bear Rock Holdings, Inc. and W. Gary Bryant and against Respondent B.R. One, Inc., Todd Hedlund and Kelly Hedlund, jointly and severally, in the amount of $198,820.01 with interest accruing at the rate of 8% per annum from November 1, 2007 until paid in full and Petitioners are entitled to an award of their costs, expenses and attorneys' fees incurred in filing the Petition to Confirm Award against Respondents. Petitioners are DIRECTED to submit an affidavit setting forth their fees and expenses incurred in filing the Petition to Confirm Award. With regard to any attorneys' fees, Petitioners' counsel should demonstrate why such a fee is reasonable for the time and labor expended, the customary fee for like work, and the experience and ability of the attorney(s) rendering such services.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 26, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Benjamin R. Kuhn
127 West Hargett St., Suite 504
Raleigh, NC 27601

| | |
|---|---|
| March 26, 2008 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Enyart |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |

Page 1 of 1
Case 5:08-cv-00063-F   Document 12   Filed 03/26/08   Page 1 of 1