AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BEAR ROCK FRANCHISE SYSTEMS, INC., et al.,  )<br>        Plaintiffs,  )<br>)<br>v.  )<br>)<br>TODD HEDLUND, et al.,  )<br>        Defendants.  ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:08-CV-63-F** |

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Respondents Todd Hedlund, Kelly Hedlund, and B.R. One, Inc., pay Petitioners attorney's fees and expenses in the amount of $5,982.16.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 25, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Benjamin R. Kuhn
127 West Hargett St., Suite 504
Raleigh, NC 27601

| | |
|---|---|
| June 25, 2008 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Enyart |
| | |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |